U.S. DISTRICT COURT
Southern District of Georgia
Filed in Open Court
1050 ___ M.
06/08 ___ 2016
____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR116-010 |
| | ) | |
| TAMELLIA DANIELS GIBBONS | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on February 12, 2016, a one-count Information was filed in the Southern District of Georgia against Defendant Tamellia Daniels Gibbons charging a violation of 18 U.S.C. § 1341 (Count One – Mail Fraud);

WHEREAS, the Information sought forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), of any property, real or personal, constituting or derived from proceeds traceable to the offense, including, but not limited to, a money judgment in the amount of at least $8,501.00, as proceeds of the offense;

WHEREAS, the Information further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p), of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on March 3, 2016, pursuant to written plea agreement, Defendant pled guilty to Count One of the Information charging a violation of 18 U.S.C. § 1341, Mail Fraud;

WHEREAS, pursuant to her plea agreement, Defendant agreed to the entry of an Order of Forfeiture reflecting a money judgment equal to all proceeds

traceable to the offense to which she pled guilty, the amount of which shall be no less than $8,501.00; and

WHEREAS, pursuant to her plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, Defendant shall forfeit to the United States the sum of $ 8,501.00 , which is the sum of money equal to all proceeds traceable to Defendant's offense of conviction.

2. This Court shall retain jurisdiction for the purpose of enforcing this Order.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

4. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

5. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney C. Troy Clark, United States Attorney's Office for the Southern District of Georgia, P.O. Box 2017, Augusta, Georgia 30903.

Date: 6/8/2016

J. RANDAL HALL, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

C. Troy Clark
Assistant United States Attorney
Georgia Bar No. 811674
P.O. Box 2017
Augusta, Georgia 30903
(706) 724-0517

Date: 6/8/2016

Tamellia Daniels Gibbons
Defendant

Date: 07-08-2016

Peter D. Johnson, Esq.
Attorney for Defendant

Date: 6/8/2016

- 3 -